UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEWIS JONES, T56343,<br>          Plaintiff,<br>    v.<br>M. SANDOVAL,<br>          Defendant(s). | Case No. 20-cv-07620-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' joint stipulation for voluntary dismissal filed in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice.

Each party shall bear its own costs and attorney's fees.

The clerk is instructed to close this case.

**IT IS SO ORDERED**.

Dated: August 18, 2022

_____
CHARLES R. BREYER
United States District Judge